ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

FILED
JUN 20 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., and STR, L.L.C., Plaintiffs, | ) | Civil Action No. 06-466-C |
| v. | ) | |
| THE UNITED STATES OF AMERICA, Defendants. | ) | |

RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR") (collectively the "Contractors"), file this disclosure statement pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims and state as follows:

There is no parent corporation for either DSI or STR and no publicly held corporation that owns 10% or more of the stock of either DSI or STR.

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: Thomas A. Coulter
Counsel

Dated: June 19, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 783-2003
Facsimile: (804) 783-2294
Email: thomas.coulter@leclairryan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served by U.S. Mail, this 19th day of June, 2006 upon:

Kent Huntington, Esquire
United States Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

Thomas A. Coulter