ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

FILED
JUN 2 0 2006
U.S. COURT OF FEDERAL CLAIMS

DISTRIBUTED SOLUTIONS, INC., )
)
and )
)
STR, L.L.C., ) 06-466-C
)
Plaintiffs, ) Civil Action No.
)
v. )
)
THE UNITED STATES OF AMERICA, )
)
Defendants. )

**MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR") (collectively the "Contractors"), file this Motion to file their Complaint under seal based upon certain exhibits to their Complaint and the related discussion of those exhibits in the allegations of the Complaint, which exhibits have previously been designated as confidential by the United States Agency for International Development ("USAID") and the United States Department of State ("USDOS") (collectively the "Agencies"), and state as follows:

1. STR filed a protest with the Government Accountability Office ("GAO") on October 13, 2005. DSI filed a protest with the GAO on November 18, 2005. Both of those filings contain confidential and proprietary information of the plaintiffs. In their Complaint filed contemporaneously with this Motion to File Under Seal, the plaintiffs have referenced and included as exhibits certain documents containing confidential and proprietary of the plaintiffs.

2. In addition, in response to STR's protest, and pursuant to the Protective Order entered in the protest proceeding, USAID submitted certain documents marked with the following legend: "Protected Material: To be disclosed only in accordance with Government Accountability Office Protective Order" (the "USAID Documents").

3. In their Complaint filed contemporaneously with this Motion to File Under Seal, the plaintiffs have referenced and included as exhibits the USAID Documents.

4. Although the GAO referred to the USAID documents in its public opinion dismissing the STR protest, and quoted from several of those documents, out of an abundance of caution, the plaintiffs request that their Complaint be filed under seal, until the Court has

the opportunity to determine whether the USAID Documents remain subject to the GAO Protective Order or should be subject to any protective order that this Court may issue.

WHEREFORE, plaintiffs, DSI and STR, respectfully request that the Court grant their request to file their Complaint under seal to preserve the confidentiality of their confidential and proprietary information and of certain exhibits produced by the Agencies under a protective order issued by the GAO, and grant DSI and STR any further relief to which they may be justly entitled.

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: Thomas A. Coulter
Counsel

Dated: June 19, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 783-2003
Facsimile: (804) 783-2294
Email: thomas.coulter@leclairryan.com

06-466-C

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to File Complaint Under Seal was served by U.S. Mail, this 19th day of June, 2006 upon:

Kent Huntington, Esquire
United States Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

Thomas A. Coulter