# In the United States Court of Federal Claims

No. 06-466 C
(Filed June 22, 2006)

```
***********************************
DISTRIBUTED SOLUTION, INC, AND      *
     and STR., L.L.C.               *
                    Plaintiffs,     *
                                    *
                    v.              *
                                    *
THE UNITED STATES,                  *
                    Defendant.      *
                                    *
************************************
```

**MEMORANDUM OF TELEPHONE CONFERENCE AND ORDER**

At 4:00 p.m., on this date, the undersigned held an informal telephone conference with counsel in this procurement protest matter. Participating were Thomas A. Coulter for plaintiffs and Kent Huntington for defendant with counsel from the United States Agency for International Development also present with Mr. Huntington.

Counsel reported that they had conferred and agreed upon certain steps in preparing this matter for resolution. Agreement was reached that a protective order was needed in advance of filing matter with the court and Mr. Coulter plans to submit an appropriate request to the court by June 27, 2006. Mr. Huntington plans to file the agency record of the procurement at issue with the court by June 29, 2006 and will seek leave for its filing in CD-ROM format. Plaintiffs' counsel will require a period of time through July 11, 2006 to examine the record submitted and consult with opposing counsel as to any need for its supplementation. If the record is complete, counsel will then consult concerning a briefing schedule and report the results to the court. The undersigned noted that the cooperation of counsel was most appreciated and that the court was available for a telephone conference(s) if any problems arise which require resolutions by such means.

Accordingly, it is **ORDERED** that:

(1) The procedures stated above, as proposed by the parties, are adopted and so scheduled;

(2) Upon satisfactory filing of the complete agency record counsel shall then, by status report(s) filed with the court or by telephone conference (call Ms. Linda Eddins, (202) 357-6612 to schedule) submit a proposed briefing schedule(s) for the issues requiring resolution.

James F. Merow
Senior Judge