# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (BID PROTEST)

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STR, L.L.C., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-466 C |
| | ) | |
| v. | ) | (Judge Merow) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR") (collectively the "Contractors"), file this Motion for Entry of Protective Order. Counsel for the Contractors has discussed this Motion with counsel for the Government, who advises that the Government is unopposed to the Motion. In support of their Motion, the Contractors state as follows:

1. STR filed a protest with the Government Accountability Office ("GAO") on October 13, 2005. DSI filed a protest with the GAO on November 18, 2005. Both of those filings contained confidential and proprietary information of the Contractors. In their Complaint filed in this action, the Contractors referenced and included as exhibits certain

documents from their GAO protests that contain confidential and proprietary information of the Contractors.

2. In addition, in response to STR's protest, and pursuant to a Protective Order entered in the GAO protest proceeding, the Government, specifically, the United States Agency for International Development, submitted certain documents marked with the following legend: "Protected Material: To be disclosed only in accordance with Government Accountability Office Protective Order" (the "USAID Documents"). In their Complaint, the Contractors referenced and included as exhibits the USAID Documents.

3. In their Motion to File Under Seal, filed contemporaneously with their Complaint in this matter, the Contractors requested that the Court maintain under seal the Complaint and exhibits to the Complaint to protect the Contractors' confidential and proprietary information from public disclosure and to maintain the confidentiality of documents marked by the Government as subject to a GAO protective order.

4. The Contractors anticipate that they may need to utilize certain documents containing their confidential and proprietary information, as well as documents marked by the Government as confidential pursuant to the prior GAO protective order, in further filings and/or proceedings before the

Court. In addition, the Contractors' confidential and proprietary information will be contained in the administrative record to be filed with the Court. Thus, the Contractors request that the Court enter its proposed Protective Order, which is attached to and filed contemporaneously with this Motion.

WHEREFORE, plaintiffs, DSI and STR, respectfully request that the Court grant their Unopposed Motion for Entry of Protective Order to preserve the confidentiality of their confidential and proprietary information and of certain exhibits produced by the Government under a protective order issued by the GAO, enter their proposed Protective Order, and grant DSI and STR any further relief to which they may be justly entitled.

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: s/Thomas A. Coulter
Counsel

Dated: June 27, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 916-7103
Facsimile: (804) 916-7203
Email: thomas.coulter@leclairryan.com