# In the United States Court of Federal Claims

No. 06-466 C
(Filed June 29, 2006)

***********************************
DISTRIBUTED SOLUTIONS, INC, AND *
and STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

************************************

## ORDER

On June 28, 2006, plaintiffs' Unopposed Motion for Entry of Protective Order was filed.

Accordingly, it is **ORDERED** that the unopposed motion, filed June 28, 2006, is **GRANTED** and the Protective Order shall be filed this date.

s/ James F. Merow
James F. Merow
Senior Judge