# In the United States Court of Federal Claims

No. 06-466 C
(Filed June 29, 2006)

*********************************
DISTRIBUTED SOLUTIONS, INC, AND *
and STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

**********************************

## ORDER

On June 29, 2006, Defendant's Motion for Leave to File on CD and to Waive Paper Copy was filed. Defendant requests leave to file the Administrative Record utilizing a CD-ROM. Plaintiffs' counsel does not object to this motion.

Accordingly, it is **ORDERED** that defendant's motion, filed June 29, 2006, is **GRANTED** with the understanding that defendant shall file in the clerk's office the Administrative Record on CD-ROM for retention as part of the record in this matter together with two additional copies for chambers.

s/ James F. Merow
James F. Merow
Senior Judge