# DECLARATION OF DEAN MOORE

I, Dean Moore, do hereby swear and affirm as follows:

1. The facts stated in this Declaration are true and correct and are based on my personal knowledge. I am over eighteen years of age and under no legal disability. I am providing this statement voluntarily without any threat or promise of reward having been made to me.

2. I am a sales representative employed by STR, LLC ("STR"). My job responsibilities include [please add a brief description]. I am familiar with the JAAMS procurement process at issue, because [describe role in the process].

3. Prior to the June 27, 2005 Request for Information ("RFI") issued by the United States Agency for International Development ("USAID") and the United States Department of State ("State") and the similar RFI issued by SRA International, Inc. ("SRA") , dated August 12, 2005, there was another similar market analysis conducted by Booz Allen Hamilton ("BAH") on behalf of USAID and the Department of State.

4. On May 26th, 2004, I received an email with attached requirements matrix, vendor survey, and instructions to be followed for participation. The email was sent by USAID's Jean Hacken and responses and questions were to go through BAH's Greg Dunn. Exhibit A.

5. On June 1st, 2004, STR submitted via email to BAH's Greg Dunn, our response to the requirements matrix and vendor survey.

6. On June 4th, 2004, STR received via email, an invitation to provide a full-day session to demonstrate our products capabilities. The email came from the Department of State's (DOS) Daniel Walt (Mr. Walt was the DOS's grants lead at that time). The

**Exhibit 2**

instructions were to contact BAH's Greg Dunn to arrange the demonstration and ask any further questions. In this email, it stated who would be in attendance for the full-day session. "We expect there to be up to 4 Booz Allen and 10 USAID/State subject matter experts and project stakeholders in attendance for the demonstrations." Exhibit B.

7. On June 4th or June 5th, 2004, I called BAH's Greg Dunn to set STR's full-day session date and to inquire about feedback regarding our vendor survey and requirements matrix response. Mr. Dunn informed me that both our vendor survey and requirements matrix response were clearly the best submission they had received and that we were the only product that had Federal experience.

8. On June 17th, 2004, STR provided its full-day session. I was out of town and did not attend this session. STR's Scott Meyer, Bob Fries, Mark Castaldo, David Spevacek, and Bob Kuhnle attended.

9. There was little contact with USAID or State after the selected products provided demonstrations. I then contacted USAID and State in January 2005 to request that we demonstrate the newest release of our eGrantsPlus software. The demonstration was set, and provided on March 18th, 2005 at the Department of State, and although USAID staff were scheduled to attend, only State employees attended, including the future State grants lead Greg Young.

10. After this March 18th, 2005 demonstration, on March 21st, 2005 I received the following email requesting a price quote from State's Daniel Walt.

Dean,

Please send me a GSA quote on what it would take to do the following with your grants system:

1. Modify it sufficiently to meet combined State/USAID standards (attached). Bear in mind that our eventual goal is to tie into Momentum 6.0, but right now we are tied into CFMS (also an AMS product) and RFMS (combination of GOTS and AMS). If you could include

what it would take to tie into CFMS (domestically) and RFMS (at post), that would be helpful; and

2. Deploy it worldwide. Per our discussion, if you could do one quote for just State and one for State/USAID combined, that would be very helpful.

If you could send me this quote by Wednesday, I'd appreciate it. If you need any more information, please let me know.

Thanks,

Daniel J. Walt
Electronic Commerce Program Manager
U.S. Department of State
SA-6, Suite 603
Washington, DC 20520
E-mail waltdj@state.gov
Phone 703-516-1696
Fax 703-875-6155

Exhibit C.

11. On May 5th, 2005- DOS's Greg Young contacted me about a pricing estimate and I forwarded to him the same pricing document I provided to Daniel Walt on March 21st, 2005. I then received the following email from Greg Young on June 22nd, 2005 and this email clearly identifies the RFI was being released by USAID. Exhibit D.

-----Original Message-----
**From:** Young, Gregory M [mailto:younggm@state.gov]
**Sent:** Wednesday, June 22, 2005 7:50 AM
**To:** Dean Moore
**Subject:** RE: eGrantsPlus Estimate

Keep and eye on Fedbiz opps this week and next for an RFI from USAID. We are moving forward on this as quickly as possible. They are the lead so they are releasing the RFI. I don't think I can say much but I wanted to make sure you see the RFI.

See you later.

Gregory M. Young
U.S. Department of State
Grants Policy Analyst
A/OPE/FA
Washington D.C. 20520
Phone: 703-516-1988
Fax: 703-875-6155
Email. mailto:younggm@state.gov
Internet Grants Policy Page: http://www.statebuy.state.gov/grants/gtpolicy.htm
Intranet Grants Policy Page: http://aope.a.state.gov/grants/grants2.htm

12. After the selection of Infoterra, finding out that our product did not make the final down-select for consideration, and confirming that Infoterra did not have the required in-production Federal implementation needed to even be considered, I contacted BAH's Greg Dunn. I reached Greg on his cell phone, as he is no longer with BAH. He remembered the project and evaluation process quite well. Greg confirmed that our product was the clear leader and also stated that he remembered that Infoterra didn't have much to show. Greg then made it clear that SRA (BAH was working under SRA's Prime contract) planned to do what they wanted to do, regardless of what BAH's analysis came up with. Greg was very surprised that Infoterra could have possibly been selected.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of August, 2006.

Dean Moore

Dean Moore

**From:** Hacken, Jean M(M/OP/PS) [mailto:jhacken@usaid.gov]
**Sent:** Wednesday, May 26, 2004 11:39 AM
**To:** debra.scifo@bamboosolutions.com; tom.nyilasi@dullestech.com; davep@ecsinc.net; Jmccarthy@freebalance.com; ealain@infoterra.com; Marketing@RNSolutions.com; dmoore@strllc.com; Terrini, William R(ECA-IIP/EX/RM/ECE)
**Cc:** Crouch, C Miller(ECA); Walt, Daniel J(Arlington); Lam, Linh(USAID/M/IRM/CIS); dunn_greg@bah.com; brodsky_meredith@bah.com; bejadhar_cristi@bah.com; patton_scott@bah.com; Visintainer, Jan L(Arlington)
**Subject:** [SPAM - Bayesian] - - Bayesian Filter detected spam

To whom it may concern,

The United States Agency for International Development (USAID) and the United States Department of State (State) would like to request your participation in our Grants Management Solutions Market Analysis. The purpose of the Market Analysis is to provide USAID and State a thorough understanding of the capabilities of the leading vendors of Grants Management Solutions, and their potential to meet the needs of a Joint Grants/Assistance Management Solution.

Attached you will find a requirements matrix, a vendor survey, and the instructions to be followed for participation in the effort. Your responses are due no later than June 1, 2004 at 5:00pm.

Please read the materials, and forward your responses, as well as any additional comments/questions, to Greg Dunn at dunn_greg@bah.com or 703.377.5256.

Thank you in advance for your participation in this effort.

Jean Hacken
U.S. Agency for International Development

Dan Walt
U.S. Department of State

**Exhibit A**

From: Walt, Daniel J [mailto:WaltDJ@state.gov]
Sent: Friday, June 04, 2004 4:13 PM
To: 'dmoore@strllc.com'
Cc: 'dunn_greg@bah.com'
Subject: Request for presentation

June 4, 2004

STR, L.L.C.
4103 Chain Bridge Rd, Suite 300
Fairfax, VA 22030

Mr. Dean Moore, Sr.:

Thank you for your response to the U.S. Agency for International Development (USAID) and the U.S. Department of State (State) Grants Management Solution Market Analysis initiative. In continuing with the process of reviewing vendors and assessing the solutions in the marketplace, you are invited to a full-day session to demonstrate your product's capabilities.

The objective of conducting the product demonstrations for the market analysis is to provide you a platform to:

* Display how your product can meet the needs of an end-to-end grants solution that can manage the planning, announcement, evaluation, award, administration, reporting, and close-out of grants
* Provide a more in depth overview of how your product can meet the unique needs of USAID/State as outlined in the functional assistance requirements document
* Provide a more thorough understanding of your product's integration strategy, emphasizing how your product can meet the needs to integrate with a financial system and other external systems such as Grants.gov
* Provide an overview of the basic operations of your software package and identification of your product's key market discriminators, i.e. the top features or functions that discriminate your product from your competitors in the Federal market place.
* Demonstrate the basic navigational and "ease-of-use" characteristics of your product. This may include a brief review of screens, icons, toolbars, pull down or query features, administrative capabilities, etc.

Please utilize the attached IDEF model with associated Glossary and the Joint State/USAID functional assistance requirements and survey received in the initial request as a guide in developing your demonstration scenarios, keeping the above objectives in mind. This will help to provide a common framework to all vendors for preparing the demonstrations,



Exhibit B

and additionally provide the audience a reference for assessing your capabilities. If there is certain functionality that you cannot demonstrate, please be prepared to explain what the limitations are and how you could potentially meet the requirements. Please note that we are looking for a presentation that specifically addresses the objectives in this letter rather than a general sales pitch.
The following is a proposed agenda for the day. While minor modifications can be considered, vendors must concentrate on the objectives stated in this letter. Presentations can begin no earlier than 9:30 a.m. and end no later than 4:00 p.m.

| Activity | Time |
|---|---|
| Introduction/Company Overview | 9:30 - 10:15 |
| Break | 10:15 - 10:30 |
| Product Demonstration | 10:30 - 12:00 |
| Lunch | 12:00 - 1:00 |
| Product Demonstration (continued) | 1:00 - 2:15 |
| Break | 2:15 - 2:30 |
| Interface Strategy/Additional features/Differentiators | 2:30 - 3:30 |
| Q&A | 3:30 - 4:00 |

The demonstrations will be held on the 15, 16, and 17th of June. We expect there to be up to 4 Booz Allen and 10 USAID/State subject matter experts and project stakeholders in attendance for the demonstrations. The exact location and times of the demonstrations will be provided to you as soon as they are scheduled. Please contact Greg Dunn at 703.377.5256 to arrange your time and for any further questions regarding the effort. Dates will be scheduled on a first come first served basis. Additionally, please be prepared to provide a list of hardware, software, electrical connections (if nonstandard connections are needed) and Internet connections required for your presentation.

Thank you in advance for your participation.

Jean Hacken
U.S. Agency for International Development

Dan Walt
U.S. Department of State

<<VendorDemoInviteSTR.doc>> <<idefmodel.doc>>

**From:** Walt, Daniel J [mailto:WaltDJ@state.gov]
**Sent:** Monday, March 21, 2005 5:45 PM
**To:** 'Dean Moore'
**Subject:** RE: Grants Management Solution USAID and State

Dean,

Please send me a GSA quote on what it would take to do the following with your grants system:

1. Modify it sufficiently to meet combined State/USAID standards (attached). Bear in mind that our eventual goal is to tie into Momentum 6.0, but right now we are tied into CFMS (also an AMS product) and RFMS (combination of GOTS and AMS). If you could include what it would take to tie into CFMS (domestically) and RFMS (at post), that would be helpful; and

2. Deploy it worldwide. Per our discussion, if you could do one quote for just State and one for State/USAID combined, that would be very helpful.

If you could send me this quote by Wednesday, I'd appreciate it. If you need any more information, please let me know.

Thanks,

Daniel J. Walt
Electronic Commerce Program Manager
U.S. Department of State
SA-6, Suite 603
Washington, DC 20520
E-mail waltdj@state.gov
Phone 703-516-1696
Fax 703-875-6155

**Exhibit C**

**From:** Young, Gregory M [mailto:younggm@state.gov]
**Sent:** Wednesday, June 22, 2005 7:50 AM
**To:** Dean Moore
**Subject:** RE: eGrantsPlus Estimate

Keep and eye on Fedbiz opps this week and next for an RFI from USAID. We are moving
They are the lead so they are releasing the RFI. I don't think I can say much but I wanted

See you later.

Gregory M. Young
U.S. Department of State
Grants Policy Analyst
A/OPE/FA
Washington D.C. 20520
Phone: 703-516-1988
Fax: 703-875-6155
Email. mailto:younggm@state.gov
Internet Grants Policy Page: http://www.statebuy.state.gov/grants/gtpolicy.htm
Intranet Grants Policy Page: http://aope.a.state.gov/grants/grants2.htm

Exhibit D