**SUPPLEMENTAL DECLARATION OF ROBERT J. FRIES**

I, Robert J. Fries, do hereby swear and affirm as follows:

1. The facts stated in this Declaration are true and correct and are based on my personal knowledge. I am over eighteen years of age and under no legal disability. I am providing this statement voluntarily without any threat or promise of reward having been made to me.

2. As referenced in my November 21, 2005 Declaration, on October 6, 2005, I engaged in a telephone conversation with Kakali Banerjee, a vice-president at SRA International, Inc., regarding the decision to recommend Infoterra's Grantium software product. We discussed in general the evaluation of STR's software package.

3. With regard to the issue that the Request for Information stated, *"USAID and State require proven COTS products that are based on a mature, fully developed system that is already in production in other Federal agencies,"* Ms. Banerjee indicated that Infoterra has a solution in the Department of Commerce. Although, she indicated that it was not Infoterra's whole application and it was not in production, USAID and State were satisfied with Commerce as a reference for Infoterra.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3 of August, 2006.

[signature]

Robert J. Fries

**Exhibit 3**