



# Executive Leadership

## Management Team

**Peter F. DiGiammarino**
Chairman and Chief Executive Officer | Read Bio

**Reid H. Jackson**
President and Chief Operating Officer | Read Bio

**Brock Lending**
Chief Technology Officer

**Dee Benda**
Chief Financial and Administration Officer

**Stacie S. Shifflett**
Vice President of Services | Read Bio

**Natalie Owens**
Director of Customer Relations

**Chae Shim**
Director of Business Development

**Virginia A. Baxter**
Director of Contracts

**Alan Thomas**
Defense/Intel Market Lead

**Srini Enamandra**
Director of Software Development

**Linda Martin**
Director of Deployment

**Katie Mann**
Director of Human Resources

## Board Members

**Peter F. DiGiammarino**
Chairman and Chief Executive Officer

**Reid Jackson**
President and Chief Operating Officer

**Brian Hayhurst**
Managing Director of The Carlyle Group

**Exhibit 4**

**Charles Rossotti**
Senior Advisor of The Carlyle Group,
Founder of AMS, Former Commissioner of IRS

**Paulina Rychenkova**
Vice President of The Carlyle Group

**Edward E. Legasey**
Former Executive Vice President and COO of SRA

**Advisors**

**Dr. Steven Kelman**
Weatherhead Professor of Public Management at Harvard University's John F. Kennedy School of Government

**Rear Admiral Lenn Vincent**
Industry Chair Defense Acquisition University

©2006 Compusearch Software Systems, Inc. All Rights Reserved. | Privacy Statement

COMPUSEARCH SOFTWARE SYSTEMS, INC.