IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., and STR, L.L.C., Plaintiffs, | ) | |
| | ) | No. 06-466C (Judge Merow) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD BY FILING A CD AND TO WAIVE PAPER COPY

Defendant, the United States, respectfully requests leave to supplement the administrative record utilizing a CD-Rom. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. This supplement to the administrative record in this case will exceed the 2MB size limitation applicable to electronic files and the 50 page limitation applicable to printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Plaintiffs' counsel has stated that he does not object to, and indeed supports, this motion.

The administrative record and this proposed supplementation consist of a voluminous set of documents. This voluminous set of documents can most efficiently be delivered to the Court and to plaintiff on a CD-Rom. This method will provide efficient and easy access to the record because we can submit the record in searchable format. More important, pursuant to General Order 42A I. ¶ 7, the sealed administrative record may not be filed electronically unless authorized by the Court. Here, the sealed copy of our supplement to the record is best secured by

submission on CD-Rom.

Based upon the portability and ease of manipulation of the documents on a CD-Rom, we also respectfully request that the Court waive the requirement in paragraph 5 of General Order 42A that an additional paper copy be supplied to the Court.

For these reasons, defendant respectfully requests that our unopposed motion for leave to file on CD-Rom to supplement the record be granted and that the Court grant our request to waive the filing of the additional paper copy. As before, we will provide additional courtesy copies of the record directly to chambers.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-9369
Facsimile: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:
WARREN D. LEISHMAN
PETER YOUNG
USAID
Office of General Counsel
Ronald Reagan Building
Room 6.6.064
1300 Pennsylvania Ave., NW
Washington, DC 20523
Telephone: (202)712-5019

August 18, 2006

CERTIFICATE OF FILING

I hereby certify that on August 18, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD BY FILING A CD AND TO WAIVE PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington