# In the United States Court of Federal Claims

No. 06-466 C
(Filed August 21, 2006)

***********************************
DISTRIBUTED SOLUTIONS, INC, AND *
and STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

***********************************

## ORDER

On August 18, 2006, Defendant's Unopposed Motion for Leave to Supplement the Administrative Record by Filing a CD and to Waive Paper Copy was filed.

Accordingly, it is **ORDERED** that:

(1) Defendant's unopposed motion, filed August 18, 2006, is **GRANTED**;

(2) Defendant shall submit to the clerk's office a copy of this order together with the Supplement to the Administrative Record on CD-Rom for **filing under seal**; and

(3) The RCFC General Order 42A I. ¶5 requirement is waived.

s/ James F. Merow
James F. Merow
Senior Judge