# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (BID PROTEST)

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC.,<br><br>and<br><br>STR, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-466 C<br><br>(Judge Merow) |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR"), in accordance with Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), request that the Court grant their motion for an enlargement of time for an additional 8 days, to and including September 6, 2006, to file their reply to the Government's Opposition to Plaintiffs' Motion to Supplement the Administrative Record. This is the first request for an enlargement of time to file Plaintiffs' reply. Plaintiffs' counsel has attempted to contact Government counsel, but Government counsel is out of the office until September 1, 2006. Therefore, Plaintiffs' counsel was unable to ascertain Government counsel's position.

In support of their motion, Plaintiffs state the following:

1. On August 18, 2006, the Government filed its Motion to Dismiss and Opposition to Plaintiffs' Motion to Supplement the Administrative Record and Memorandum in Support.

2. Since that date, Plaintiffs' counsel has been out of the office on vacation and did not return until Monday, August 28, 2006.

3. Also, on August 17, 2006, Plaintiffs' counsel received a Motion for a Temporary Restraining Order and Preliminary Injunction in an arbitration proceeding pending in Columbus, Ohio, which required Plaintiffs' counsel to devote a substantial amount of time to the handling of that matter during the week of August 20, 2006.

4. Moreover, Plaintiffs' counsel was required to spend time during the week of August 20, 2006, preparing for a five-day trial scheduled for September 5, 2006. On Monday, August 28, 2006, that case was continued, but the continuance has necessitated the pursuit of pre-trial equitable relief, which has and will continue to consume much of Plaintiffs' counsel's time for the remainder of this week, August 28 – September 1, 2006.

5. As a result, the requested enlargement is necessary to allow sufficient time for Plaintiffs' counsel to consult with representatives of

plaintiffs and to prepare an appropriate response to the Government's Opposition.

6. THEREFORE, Plaintiffs respectfully request that the Court grant their motion for enlargement of time, to and including September 6, 2006, so that Plaintiffs will have adequate time to prepare and submit their reply to the Government's Opposition to Plaintiffs' Motion to Supplement the Administrative Record.

Respectfully submitted,

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: s/ Thomas A. Coulter
Counsel

Dated: August 29, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 916-7103
Facsimile: (804) 916-7203
Email: thomas.coulter@leclairryan.com