# In the United States Court of Federal Claims

No. 06-466 C
(Filed August 31, 2006)

**********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

***********************************

## ORDER

On August 29, 2006, Plaintiffs' Motion for Enlargement of Time was filed. Plaintiffs request an enlargement of time to and including September 6, 2006, to file their reply to Government's Opposition to Plaintiffs' Motion to Supplement the Administrative Record.

Accordingly, it is **ORDERED** that plaintiffs' motion, filed August 29, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge