# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (BID PROTEST)

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STR, L.L.C., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-466 C |
| | ) | |
| v. | ) | (Judge Merow) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR"), in accordance with Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), request that the Court grant their unopposed motion for an enlargement of time for an additional 18 days, to and including October 6, 2006, to file their Opposition to Plaintiffs' Motion to Dismiss. This is the first request for an enlargement of time to file Plaintiffs' Opposition. Plaintiffs' counsel contacted Government counsel, who represents that the Government is unopposed to the requested enlargement. In support of their unopposed motion, Plaintiffs state the following:

1. On August 18, 2006, the Government filed its Motion to Dismiss and Opposition to Plaintiffs' Motion to Supplement the Administrative Record and Memorandum in Support.

2. Since that date, Plaintiffs' counsel has been out of the office on vacation and did not return until Monday, August 28, 2006.

3. Also, on August 17, 2006, Plaintiffs' counsel received a Motion for a Temporary Restraining Order and Preliminary Injunction in an arbitration proceeding pending in Columbus, Ohio, which required Plaintiffs' counsel to devote a substantial amount of time to the handling of that matter during the week of August 20, 2006. Since the filing of that Motion for a Temporary Restraining Order and Preliminary Injunction, Plaintiffs' counsel has been required to devote the vast majority of his time to numerous meetings, extensive research, preparation of multiple memoranda, and scheduling and attending multiple hearings, including several filings and hearings on an expedited basis, all relating to the same dispute, which is now pending in both federal court and arbitration.

4. Specifically, Plaintiffs' counsel spent most of the week of September 5-8, preparing six different substantive documents for filing on September 8 in both Virginia state court and in arbitration. After the defendants removed the state court action to federal court, Plaintiffs'

counsel spent the week of September 11 scheduling an emergency motion to stay, preparing briefs in support thereof and appearing at two hearings directed to that issue, both of which took place on September 15, 2006.

5. Moreover, Plaintiffs' counsel was required to spend time during the week of August 20, 2006, preparing for a five-day trial scheduled for September 5, 2006. On Monday, August 28, 2006, that case was continued, but the continuance necessitated the pursuit of pre-trial equitable relief, which consumed much of Plaintiffs' counsel's time for the week of August 28 – September 1, 2006.

6. In addition, Plaintiffs had to devote time to preparing their Reply to the Government's Opposition to Plaintiffs' Motion to Supplement the Administrative Record, which was filed on September 6, 2006.

7. As a result, the requested enlargement is necessary to allow sufficient time for Plaintiffs' counsel to consult with representatives of plaintiffs and to prepare an appropriate Opposition to the Government's Motion to Dismiss.

8. THEREFORE, Plaintiffs respectfully request that the Court grant their motion for enlargement of time, to and including October 6, 2006, so that Plaintiffs will have adequate time to prepare and submit their Opposition to Plaintiffs' Motion to Dismiss.

Respectfully submitted,

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: s/ Thomas A. Coulter
Counsel

Dated: September 18, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 916-7103
Facsimile: (804) 916-7203
Email: thomas.coulter@leclairryan.com