# In the United States Court of Federal Claims

No. 06-466 C
(Filed September 19, 2006)

**********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

**********************************

**ORDER**

On September 18, 2006, Plaintiffs' Unopposed Motion for Enlargement of Time was filed. Plaintiffs request an enlargement of time to and including October 6, 2006, to file their Opposition to Defendant's Motion to Dismiss.

Accordingly, it is **ORDERED** that plaintiffs' motion, filed September 18, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge