# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (BID PROTEST)

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC.,<br><br>and<br><br>STR, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-466 C<br><br>(Judge Merow) |

## UNOPPOSED SECOND MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR"), in accordance with Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), request that the Court grant their unopposed motion for an enlargement of time for an additional 24 days, to and including October 30, 2006, to file their Opposition to Plaintiffs' Motion to Dismiss. This is the second request for an enlargement of time to file Plaintiffs' Opposition. Plaintiffs' counsel contacted Government counsel, who represents that the Government is unopposed to the requested enlargement. In support of their unopposed motion, Plaintiffs state the following:

1. On August 18, 2006, the Government filed its Motion to Dismiss and Opposition to Plaintiffs' Motion to Supplement the Administrative Record and Memorandum in Support. Plaintiffs' Opposition was, therefore, due on September 6, 2006.

2. Because of a number of matters set on expedited time frames, as set forth in Plaintiffs' earlier Motion for an Enlargement of Time, Plaintiffs' counsel requested, and this Court granted, an enlargement of time of 18 days, to and including October 6, 2006.

3. Unfortunately, because of commitments primarily in two cases, Plaintiffs' counsel has been unable to complete the Opposition brief.

4. As noted in Plaintiffs' earlier Motion for an Enlargement of Time, on August 17, 2006, Plaintiffs' counsel received a Motion for a Temporary Restraining Order and Preliminary Injunction in an arbitration proceeding pending in Columbus, Ohio. Since the filing of that Motion for a Temporary Restraining Order and Preliminary Injunction, Plaintiffs' counsel has been required to devote the vast majority of his time to numerous meetings, extensive research, preparation of multiple memoranda, and scheduling and attending multiple hearings, including several filings and hearings on an expedited basis, all relating to the same dispute, which was pending in both federal court and arbitration.

5. Specifically, Plaintiffs' counsel spent most of the week of September 5-8, preparing six different substantive documents for filing on September 8 in both Virginia state court and in arbitration. After the defendants removed the state court action to federal court, Plaintiffs' counsel spent the week of September 11 scheduling an emergency motion to stay, preparing briefs in support thereof and appearing at two hearings directed to that issue, both of which took place on September 15, 2006.

6. Since that time, the parties have been engaged on numerous issues and motions, on a daily basis, since the September 15, 2006 arbitration hearing. In addition, during the week of October 2-6, 2006, the parties have been involved in settlement negotiations, while continuing to prepare and file several motions and memoranda, which has consumed Plaintiffs' counsel's time. Those negotiations resulted in a tentative settlement agreement that did not occur until today.

7. Moreover, in addition to handling multiple other matters with deadlines during the period of enlargement from September 18 through October 6, Plaintiffs' counsel has been diligently preparing for a five-day trial scheduled for October 17, 2006. That preparation included motions and briefing on an expedited basis for a September 20, 2006 hearing to obtain emergency relief, as well as typical trial preparation, including review

of numerous documents and preparation of trial briefs, as well as interviews with approximately 30 witnesses in preparation for trial. In addition, Plaintiffs' counsel was engaged in extensive settlement negotiations in this matter that concluded on October 5, 2006.

8. Finally, Plaintiffs' counsel was required to be out of the office on September 28-29, 2006, due to the sudden death of a close relative.

9. As a result, the requested enlargement is necessary to allow sufficient time for Plaintiffs' counsel to consult with representatives of plaintiffs and to prepare an appropriate Opposition to the Government's Motion to Dismiss. By requesting the amount of time set forth above, Plaintiffs' counsel anticipates avoiding the need for any further enlargement of time and will make every effort to complete the Opposition prior to the requested deadline.

10. THEREFORE, Plaintiffs respectfully request that the Court grant their motion for enlargement of time, to and including October 30, 2006, so that Plaintiffs will have adequate time to prepare and submit their Opposition to Plaintiffs' Motion to Dismiss.

Respectfully submitted,

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: s/ Thomas A. Coulter
Counsel

Dated: October 6, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 916-7103
Facsimile: (804) 916-7203
Email: thomas.coulter@leclairryan.com