# In the United States Court of Federal Claims

No. 06-466 C
(Filed October 10, 2006)

**********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

***********************************

## ORDER

On October 6, 2006, Plaintiffs' Unopposed Motion for Enlargement of Time was filed. Plaintiffs request an enlargement of time to and including October 30, 2006, to file their Opposition to Defendant's Motion to Dismiss.

Accordingly, it is **ORDERED** that plaintiffs' motion, filed October 6, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge