# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (BID PROTEST)

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., | ) | |
| and | ) | |
| STR, L.L.C., | ) | |
| Plaintiffs, | ) | No. 06-466 C |
| v. | ) | (Judge Merow) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED THIRD MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR"), in accordance with Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), request that the Court grant their unopposed motion for an enlargement of time for an additional 10 days, to and including November 9, 2006, to file their Opposition to Plaintiffs' Motion to Dismiss. This is the third request for an enlargement of time to file Plaintiffs' Opposition. Plaintiffs' counsel contacted Government counsel, who represents that the Government is unopposed to the requested enlargement. In support of their unopposed motion, Plaintiffs state the following:

1. On October 6, 2006, Plaintiffs' counsel requested an extension of time through October 30, 2006, to allow for the preparation of Plaintiffs' Opposition to the Government's Motion to Dismiss.

2. Plaintiffs' counsel attempted to allow for sufficient time to complete the preparation of the Opposition memorandum and have it reviewed by representatives for both Plaintiffs. Although Plaintiffs' counsel has substantially completed the Opposition memorandum, he has not yet had the opportunity to complete the process of receiving comments from his client representatives and finalizing the memorandum in light of those comments.

3. Despite Plaintiffs' counsel's diligent efforts to complete the Opposition, several unexpected obligations have intervened to delay completion of that memorandum. First, Plaintiffs' counsel has been forced to engage in extraordinarily lengthy and time-consuming settlement negotiations in three separate matters, two of which, as of the date of this motion, remain to be completed. Those negotiations consumed a substantial amount of Plaintiffs' counsel's time during the week of October 16-20, 2006, as well as some additional time during the week of October 23-27, 2006. In addition, Plaintiffs' counsel was required to be out of the office on October 24, 25 and 27, which further delayed completion of the

Opposition. Moreover, Plaintiffs' counsel is scheduled to be out of the office from November 1 – November 5, 2006.

4. Plaintiffs' counsel has consulted with Government counsel in order to confirm a schedule for completion of the briefing of the Government's Motion to Dismiss. As a result of that conversation, Government counsel has indicated that, due to his current workload and commitments in other matters, he will need additional time to file the Government's reply beyond the 14-day period provided by RCFC 7.2. Government counsel has specifically requested that Plaintiffs agree to the Government's request for additional time, until December 7, 2006, to file its reply. Plaintiffs' counsel has agreed to Government counsel's request.

5. Accordingly, even though the Opposition is substantially complete, the requested enlargement is necessary to allow sufficient time for Plaintiffs' counsel to consult with representatives of Plaintiffs and to finalize the Opposition to the Government's Motion to Dismiss. In addition, because of the requested additional time for Government counsel to file a reply, this request for an enlargement of time will not delay the completion of the briefing of this matter.

6. THEREFORE, Plaintiffs respectfully request that the Court grant their unopposed motion for enlargement of time, to and including November 9, 2006, so that Plaintiffs will have adequate time to finalize and submit their Opposition to Plaintiffs' Motion to Dismiss.

Respectfully submitted,

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: s/ Thomas A. Coulter
Counsel

Dated: October 30, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 916-7103
Facsimile: (804) 916-7203
Email: thomas.coulter@leclairryan.com