# In the United States Court of Federal Claims

No. 06-466 C
(Filed October 31, 2006)

***********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

************************************

## ORDER

On October 30, 2006, Plaintiffs' Unopposed Motion for Enlargement of Time was filed. Plaintiffs request an enlargement of time to and including November 9, 2006, to file their Opposition to Defendant's Motion to Dismiss.

Accordingly, it is **ORDERED** that plaintiffs' motion, filed October 30, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge