# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (BID PROTEST)

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STR, L.L.C., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-466 C |
| | ) | |
| v. | ) | (Judge Merow) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED FOURTH MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, Distributed Solutions, Inc. ("DSI"), and STR, L.L.C. ("STR"), in accordance with Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), request that the Court grant their unopposed motion for an enlargement of time for an additional 4 days, to and including November 13, 2006, to file their Opposition to Plaintiffs' Motion to Dismiss. This is the fourth request for an enlargement of time to file Plaintiffs' Opposition. Plaintiffs' counsel contacted Government counsel, who represents that the Government is unopposed to the requested enlargement. In support of their unopposed motion, Plaintiffs state the following:

1. On October 30, 2006, Plaintiffs' counsel requested an extension of time through November 9, 2006, to allow for the completion of Plaintiffs' Opposition to the Government's Motion to Dismiss.

2. Although Plaintiffs' counsel has completed the substance of the Opposition, he has encountered several administrative difficulties that have not allowed him to finalize the Opposition in accordance with all requirements of RCFC 5.2.

3. Plaintiffs' counsel will be able to resolve those administrative difficulties in time to file the completed Opposition by November 10, 2006. However, the Court is closed on November 10 for Veterans Day. Therefore, to avoid any other filing difficulties, without court assistance available, Plaintiffs' counsel is seeking an enlargement of time of 4 days to account for the holiday and the following weekend.

4. Accordingly, even though the Opposition is completed, the requested enlargement is necessary to allow time for Plaintiffs' counsel to resolve several administrative difficulties and finalize the Opposition to the Government's Motion to Dismiss in accordance with all requirements of RCFC 5.2. Because of the previously requested additional time for Government counsel to file a reply, this request for an enlargement of time will not delay the completion of the briefing of this matter.

5. THEREFORE, Plaintiffs respectfully request that the Court grant their unopposed motion for enlargement of time, to and including November 13, 2006, so that Plaintiffs will have adequate time to finalize and submit their Opposition to Plaintiffs' Motion to Dismiss.

Respectfully submitted,

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: s/ Thomas A. Coulter
Counsel

Dated: November 9, 2006

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 916-7103
Facsimile: (804) 916-7203
Email: thomas.coulter@leclairryan.com