# In the United States Court of Federal Claims

No. 06-466 C
(Filed November 10, 2006)

*********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

*********************************

## ORDER

On November 9, 2006, Plaintiffs' Unopposed Fourth Motion for Enlargement of Time was filed. Plaintiffs request an enlargement of time to and including November 13, 2006, to file their Opposition to Defendant's Motion to Dismiss.

Accordingly, it is **ORDERED** that plaintiffs' motion, filed November 9, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge