IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., and STR, L.L.C., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-466C (Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO FILE OUR REPLY BRIEF

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 14 days, to and including December 14, 2006, within which to respond to plaintiffs' opposition to our motion to dismiss. Our reply brief is currently due on November 30, 2006. On November 28, 2006, we contacted counsel for plaintiffs to determine whether the plaintiffs are opposed to this, our first request for an enlargement of time for this purpose, and he stated that the plaintiffs are not opposed to the requested enlargement.

The additional time is requested for the following reasons. Presently, the undersigned has not yet received from the United States Department International Development ("USAID"), the Federal agency involved in this matter, the agency's comments regarding plaintiffs' opposition to our motion to dismiss, nor engaged in substantive discussions with agency counsel regarding the agency's recommendations regarding the Government's response. On November 27, 2006, agency counsel contacted the undersigned and requested that the undersigned seek an enlargement of time to complete the agency's review of plaintiffs' opposition brief. An enlargement of time of 14 days will allow agency counsel additional time to review the brief

submitted by plaintiffs and to consult USAID personnel regarding certain allegations made in plaintiffs' opposition brief. Additionally, an enlargement of time of 14 days should also allow defendant's undersigned counsel sufficient time to review the opposition brief, coordinate our response with agency counsel, and obtain necessary internal review.

Additionally, we bring to the Court's attention certain other matters that will impact counsel of record's work schedule during the time of the requested enlargement. In Raytheon Co. v. United States, No. 05-448 (Fed. Cl.), the undersigned expects to be preparing for, and participating in, depositions between November 29, 2006 and December 6, 2006. In Lucent Technologies, Inc. v. United States, No. 04-1511, the undersigned is responsible for filing a brief with regard to a dispositive motion on December 11, 2006.

Accordingly, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 14 days, to and including December 14, 2006, within which to file our response to plaintiffs' opposition to our motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-9369
Facsimile: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:
WARREN D. LEISHMAN
PETER YOUNG
USAID
Office of General Counsel
Ronald Reagan Building
Room 6.6.064
1300 Pennsylvania Ave., NW
Washington, DC 20523
Telephone: (202)712-5019

November 28, 2006

CERTIFICATE OF FILING

I hereby certify that on November 28, 2006, a copy of foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY BRIEF” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington