# In the United States Court of Federal Claims

No. 06-466 C
(Filed November 28, 2006)

**********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

***********************************

## ORDER

On November 28, 2006, Defendant's Unopposed Motion for Enlargement of Time to File [its] Reply Brief was filed. Defendant requests an enlargement of time to and including December 14, 2006, within which to file its reply brief.

Accordingly, it is **ORDERED** that defendant's motion, filed November 28, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge