IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., and STR, L.L.C., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-466C |
| | ) | (Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant, the United States, respectfully requests the Court to accept for filing the Government's 23-page reply brief in support of our motion to dismiss this litigation, notwithstanding the 20-page limitation under RCFC 5.2(b)(2). Counsel for plaintiffs, Distributed Solutions, Inc., and STR, L.L.C., has stated that plaintiffs do not oppose this motion. Plaintiffs filed a 40-page opposition brief, which raised issues relating of three separate procurements, two Government procurements and one private procurement. Under these circumstances, the three additional pages of our reply are reasonable and should not cause material prejudice, inconvenience, or delay.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-9369
Facsimile: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:
WARREN D. LEISHMAN
PETER YOUNG
USAID
Office of General Counsel
Ronald Reagan Building
Room 6.6.064
1300 Pennsylvania Ave., NW
Washington, DC 20523
Telephone: (202)712-5019

December 14, 2006

CERTIFICATE OF FILING

I hereby certify that on December 14, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington