# In the United States Court of Federal Claims

No. 06-466 C
(Filed December 14, 2006)

***********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

************************************

## ORDER

On December 14, 2006, Defendant's Unopposed Motion for Leave to Exceed the Page Limit was filed. Defendant requests the court to accept a 23-page reply brief.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed December 14, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge