# In the United States Court of Federal Claims

No. 06-466 C
(Filed March 20, 2007)

*************************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*
*************************************

**ORDER**

Pending before this court are the following motions: Plaintiffs' Motion to Supplement Administrative Record and Memorandum in Support; and Defendant's Motion to Dismiss and Opposition to Plaintiffs' Motion to Supplement the Administrative Record. Upon review of these matters, it is concluded that oral argument on the pending motions should be scheduled.

Accordingly, it is **ORDERED**:

(1) That counsel confer and reach agreement as to a date(s) between April 2 and 13, 2007, when they can be available for oral argument on Plaintiffs' Motion to Supplement Administrative Record and Defendant's Motion to Dismiss and Opposition to Plaintiffs' Motion to Supplement the Administrative Record;

(2) Upon reaching agreement, the date(s) shall be reported to Ms. Eddins, (202) 357-6613, so that an appropriate scheduling order can be issued; and

(3) If agreement cannot be reached, this shall also be reported to Ms. Eddins so that a telephone conference call with the undersigned can then be scheduled to discuss scheduling possibilities.

s/ James F. Merow
James F. Merow
Senior Judge