# In the United States Court of Federal Claims

No. 06-466 C
(Filed April 11, 2007)

**********************************
DISTRIBUTED SOLUTIONS, INC, AND *
STR., L.L.C. *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

***********************************

**ORDER**

It is **ORDERED** that oral argument shall be held on **May 1, 2007**, at **2:00 p.m.**, at The National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom location will be posted in the lobby.

s/ James F. Merow
James F. Merow
Senior Judge