IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., and STR, L.L.C., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-466C (Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Sean M. Dunn as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sean M. Dunn
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 4046
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: May 21, 2007

s/Sean M. Dunn
Sean M. Dunn
Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0338
Fax# (202) 353-7988

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007 a copy of the foregoing "NOTICE OF APPEARANCE", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn
_________________________