# In the United States Court of Federal Claims

**No. 06-466 C**

**Filed: May 22, 2007**

**DISTRIBUTED SOLUTIONS, INC.,**
**and STR, L.L.C.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed May 21, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for the United States with each party to bear its own costs.

Brian Bishop
Clerk of Court

May 22, 2007 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.