Receipt #0006847

ORIGINAL

FILED
JUL 13 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| DISTRIBUTED SOLUTIONS, INC., | ) | |
| and | ) | |
| STR, L.L.C., | ) | |
| Plaintiffs, | ) | No. 06-466 C |
| v. | ) | (Judge Merow) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiffs, Distributed Solutions, Inc. and STR, L.L.C., appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this proceeding on May 22, 2007, which includes the court's Opinion and Order, filed on May 21, 2007, as referenced in the final judgment.

Respectfully submitted,

DISTRIBUTED SOLUTIONS, INC.
and STR, L.L.C.

By: Thomas A. Coulter
Counsel

Dated: July 12, 2007

Thomas A. Coulter (Virginia State Bar No. 46532)
(D.C. Bar No. 436423)
LeCLAIR RYAN, a Professional Corporation
951 East Byrd Street
Richmond, Virginia 23219
Mail: P.O. Box 2499
Richmond, Virginia 23218
Telephone: (804) 916-7103
Facsimile: (804) 916-7203
Email: thomas.coulter@leclairryan.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Appeal* has been served by Federal Express, this 12th day of July, 2007 upon the following party:

Sean M. Dunn, Esquire
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Room 4046
Washington, D.C. 20530

Thomas A. Coulter